## Motion For Relief Information
### Post-Petition Ledger

| Filed By: | ANDRES REYES 0 | Payment Changes | | | | | |
|---|---|---|---|---|---|---|---|
| Case Number: | 22-10299 | From Date | To Date | Total Amount | P&I Total | Escrow Total | Interest Rate Change |
| Filing Date: | 09/09/22 | | | | | | |
| ayments in PO | $1,432.39 | | | | | | |
| st Post Due Da | 10/01/22 | | | | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments |
|---|---|---|---|---|---|
| | | | | $  - | |
| | | | | $  - | |
| 10/20/22 | $  2,500.00 | 10/01/22 | $  2,361.61 | $  138.39 | |
| 01/06/23 | $  2,361.61 | 11/01/22 | $  2,361.61 | $  138.39 | |
| 01/09/23 | | | | $  138.39 | |
| 02/24/23 | $  2,300.00 | 12/01/22 | $  2,361.61 | $  76.78 | |
| 02/27/23 | | | | $  76.78 | |
| 04/05/23 | $  2,500.00 | 01/01/23 | $  2,361.61 | $  215.17 | |
| 04/06/23 | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| Filing date | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |
| | | | | $  215.17 | |

| Applied (P&I and | Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | Suspense Balance |
|---|---|---|---|---|
| | | | $  - | $  - |
| | | | $  - | $  - |
| | | | $  2,500.00 | $  2,500.00 |
| | | | $  2,361.61 | $  4,861.61 |
| $  2,499.25 | | | $  (2,499.25) | $  2,362.36 |
| | | | $  2,300.00 | $  4,662.36 |
| $  2,361.61 | | | $  (2,361.61) | $  2,300.75 |
| | | | $  2,500.00 | $  4,800.75 |
| $  2,361.61 | | | $  (2,361.61) | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |
| | | | $  - | $  2,439.14 |